| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| LONNIE J. BAILEY, <br> TDCJ 1516653, <br>    Plaintiff, | § § § § | |
| versus | § § | CIVIL ACTION H-14-3511 |
| TDCJ DIRECTOR, et al., <br>    Defendants. | § § § | |

## Opinion on Dismissal

Lonnie J. Bailey, a state prisoner, filed a civil rights complaint. 42 U.S.C. § 1983. Bailey claims the Texas Parole Board denied him release under inaccurate information–that he is a member of the Crips prison gang. A prisoner has no constitutional right to be released before the expiration of his sentence. *Greenholtz v. Inmates of the Nebraska Penal and Correctional Complex*, 442 U.S. 1 (1979). The Texas parole statutes do not create a due process liberty interest in parole release. *Johnson v. Rodriguez*, 110 F.3d 299, 305 (5th Cir. 1997). Bailey has not stated a claim recognized at law. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Texas Department of Criminal Justice will deduct 20 % of each deposit made to Bailey's inmate trust account and pay this to the court until the filing fee is paid. The clerk will send a copy to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, and to Betty Parker, 211 West Ferguson, Tyler, Texas 75702.

Signed December 26, 2014, at Houston, Texas.

                 Lynn N. Hughes <br>
                United States District Judge